

# ATTACHMENT(S)

# NOT

# SCANNED

___ Exceeds scanner's page limits
___ Physical exhibit prevents scanning
_X_ Other: ___ — Contains Personal Identifier

**\*\*PLEASE REFER TO COURT FILE\*\***

III. To the extent there are administrative remedies available at the FCCC, what steps have you taken at the FCCC in attempt to remedy the alleged violation(s)? Please attach any supporting documentation.

Included are GEO's Care [ Global Enforcement Operations - CARE DIVISION Vice President Corporate response in lieu of the State of Florida Department of Children and Family F.C.C.C. Resident Grievance Appeal process. In which I provided from the Nationally Certified Physicians' Desk Reference Web site: http://www.Pdrhealth.com/diseases/ringing-in-the-ears/treatment as an reasonable Solution Dated 6/23/2014.

III. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing addresses in the second blank.

A. Name of Plaintiff: Guadagnoli, Larry, #990333

Mailing Address: FLORIDA CIVIL COMMITMENT CENTER - 13619 Southeast Highway 70; Arcadia, FL. 34266

In Part B of this section, indicate the full name of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for names, addressees, positions and places of employment.

B. Defendant: Attorney Mr. Brian Lee MASONY - Bar No. #168773

Mailing Address: FLORIDA CIVIL COMMITMENT CENTER INTERDISCIPLINARY TREATMENT TEAM FACILITY - Administrative Legal Dept. 13619 Southeast Hwy 70, Arcadia, FL. 34266 [DESOTO COUNTY].

Position: FACILITY LEGAL ADVISOR - ATTORNEY BAR No.# 168773

Employed at: FLORIDA CIVIL COMMITMENT CENTER INTERDISCIPLINARY TREATMENT TEAM FACILITY

C. Defendant: MR. BILL PRICE

Mailing Address: FLORIDA CIVIL COMMITMENT CENTER INTERDISCIPLINARY TREATMENT TEAM FACILITY - Administrative Medical Department. 13619 Southeast Hwy 70, Arcadia, FL. 34266

2.

[DESOTO COUNTY] FLORIDA

Position: FACILITY MEDICAL DIRECTOR

Employed at: FLORIDA CIVIL COMMITMENT CENTER INTERDISCIPL- INARY TREATMENT TEAM FACILITY - 13619 Southeast Hwy 70; Arcadia Fl. 34266 [DESOTO COUNTY].

D. Defendant: DOCTOR DONALD SAWYER

Mailing Address: FLORIDA CIVIL COMMITMENT CENTER INTERDISCIPLINARY TREATMENT TEAM FACILITY - 13619 Southeast Hwy 70, Arcadia, Florida [Desoto County]

Position: FACILITY ADMINISTRATOR

Employed at: FLORIDA CIVIL COMMITMENT CENTER INTERDISCIPLINARY TREATMENT TEAM FACILITY

E. Defendant: DOCTOR REBECCA J. JACKSON

Mailing Address: FLORIDA CIVIL COMMITMENT CENTER INTERDISCIPLINARY TREATMENT TEAM FACILITY - 13619 Southeast Hwy 70; Arcadia, Fl. 34266 [Desoto Co.]

Position: FACILITY CLINICAL DIRECTOR

Employed at: FLORIDA CIVIL COMMITMENT CENTER INTERDISCIPLINARY TREATMENT TEAM FACILITY - 13619 Southeast Hwy 70; Arcadia, Fl. 34266 [Desoto Co.]

F. Defendant: MS. MELINDA MASTERS

Mailing Address: FLORIDA CIVIL COMMITMENT CENTER INTERDISCIPLINARY TREATMENT TEAM FACILITY - 13619 S.E. Hwy 70; Arcadia, Fl. 34266 [Desoto County]

Position: ASSISTANT FACILITY CLINICAL DIRECTOR

Employed at: FLORIDA CIVIL COMMITMENT CENTER INTERDISCIPLINARY TREATMENT TEAM FACILITY -

G. Defendant: MR. PAUL PYE

3

Mailing Address: <u>FLORIDA CIVIL COMMITMENT CENTER INTERDISCIPLI-</u>
<u>NARY TREATMENT TEAM FACILITY-13619 S.E. Hwy 70; Arcadia, Fl. 34266 [Desoto County]</u>

Position: <u>Administrative Business Office Manager</u>

Employed at: <u>FLORIDA CIVIL COMMITMENT CENTER INTERDISCIPLINARY</u>
<u>TREATMENT TEAM FACILITY -</u>

IV. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

<u>RULE 36. "REQUESTS FOR ADMISSION"- FEDERAL RULES OF</u>
<u>CIVIL PROCEDURE (a) Scope and Procedure. (1). thru (6); (State Law),</u>
<u>WEST'S FLORIDA ADMINISTRATIVE CODE TITLE 65. DEPARTMENT OF CHILDREN AND</u>
<u>FAMILY SERVICES SUBTITLED 65E. MENTAL HEALTH PROGRAM CHAPTER 65E-20. FORENSIC</u>
<u>CLIENT SERVICES ACT REGULATION 65E-20.006. "The Right to Communication, abuse,</u>
<u>Reporting and Visits. (2) Abuse Reporting; (a)-With the provisions of Chapter 415, F.S. /2014-10, 782(12)B</u>

V. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each named Defendant was involved. DO NOT MAKE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved
2. Date(s)
3. Place(s)
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.* physical injury or how you were harmed by the acts of the defendant(s)).

<u>1. Mr. Brian Lee MASONY (Facility Legal Advisor); 2. Date(s): July 21, 2014-</u>
<u>September 18, 2014 to Present; 3. Florida Civil Commitment Center-</u>

Arcadia, Florida 34266 [Desoto County]; #4. Provided from the Nationally Certified Physician's Desk Reference Web site: http://www.pdrhealth.com/diseases/ringing-in-the-ears/treatment as an reasonable Solution. Dated 6/23/2014.

*[EVENT(S)]*:

In this case initial treatment [did not] provide sufficient relief from Tinnitus, as GEO CARE Senior Vice President, Mr. Manny Fernandez Corporate Response [See attachment(s) exhibit #1] alternative therapies have [not] been tested using FDA standards and have therefore [not] been proven effective. Documented in the P.D.R. Health investigated a new form of therpy available for Chronic Tinnitus Suffers called *Tinnitus Retraining Therapy [TST];* section on page 2 of 3 second paragraph line(s) two and three 6/23/2014 — "Alternative therapies should "never" be used as a substitute for a doctor's care." The Physician's Desk Reference Web site provides resourceful procedures attainable by Public and Professional inquiries; as Attorney Brain Lee MASONY- Bar No. #168773 present and previous knowledge is aperant by the direct involvement of Corporate Senior Vice president response and Mr. Masony's Position of Employment, including Job description. #5. In brief the underlying problem diagnosised is persistent and severe, this has and continues to interfere with my daily life style.

#1.* Mr. Bill Price - (position) Facility Medical Director; #2. Date(s) July 21, 2014 to present; #3. Florida Civil Commitment Center; Arcadia, Florida, 34266 [Desoto County]; #4. [See Exibit #3/4.] attachment(s) — 6-1-2014 Resident Communication Form - in staff response of request Mr. Price, clearly stated attempts unsuccessfully to medical prescribe relief or promptly reduce or eliminate the noise. #5. In brief the underlying problem diagnosised is persistent and severe, this has and continues to interfere with my daily lifestyle.

#1.* Dr. Donald Sawyer - (position) Facility Administrator; #2. Date(s): 9-10-2014, under Facility Administrator's Resolution was Denied [please refer to attachment(s) Exibit #5.] on GEO CARE / State of Florida Department of Children and Families FCCC RESIDENT GRIEVANCE FORM. #3. Florida Civil Commitment Center; Arcadia, Florida 34266 [Desoto County]; #4. [EVENT] Facility Administrator Signature and Decision given factual information indicated by Clinical Therapist Dr. Deana Rogers (position): former case manager and Facilitator. Statements on page (3) of (6) under; Progress Towards Short Term Goals: Third paragraph thru Seventh; provided in the Facility's FLORIDA CIVIL COMMITMENT CENTER INTEGRATED CARE PLAN. As the current FACILITY ADMINISTRATOR, Dr. Donald Sawyer has full access to all relevant Supervised Treatment Information - including medical and authorization.

VI. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

The above listed public and private Organizations, Individuals and Companies have failed to provide and Safe and Secure enviornment. By which under terms of Contractual Lawful admission(s) Immediate Release is warranted and requested.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 15th day of March, 2015.

*(Plaintiff's Signature)*